IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Century Financial Enterprises, Inc. Financial Investment Litigation | Civil Action 2:03-md-1565<br>Judge Graham<br>Magistrate Judge Abel |
| The Unencumbered Assets Trust, *et al.*,<br>Plaintiffs,<br>v.<br>JP Morgan Chase Bank, *et al.*,<br>Defendants. | Case No. 04-cv-1090<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |
| Lance K. Poulsen and Barbara Poulsen,<br>Plaintiffs,<br>v.<br>Credit Suisse First Boston Corp., *et al.*,<br>Defendants. | Case No. 04-cv-1097<br>Judge James L. Graham<br>Magistrate Judge Mark R. Abel |

# Order

Plaintiffs Lloyds and MetLife and defendant Credit Suisse have a dispute regarding when Credit Suisse's securitization and damages experts must make their Rule 26(a)(2) disclosures. (Docs. 1403, 1404 and 1407.) Lloyds and MetLife argue that Myron Glucksman, Credit Suisse's securitization expert, and Allan W. Kleidon, its damages expert, should make their Rule 26(a)(2) disclosures on September 3, the date established by the August 1 Amended Scheduling Order for

Rule 26(a)(2) disclosures by experts giving evidence supporting a parties' claims or defenses. Credit Suisse argues that Glucksman and Kleidon are responsive experts.

Glucksman's testimony about securitization is responsive to that Lloyds and MetLife will offer from professor John Coffee. Glucksman's disclosures must be made on or before October 17.

Lloyds and MetLife are not offering expert testimony about damages. Other plaintiffs are. Credit Suisse argues that plaintiffs have the burden of proving damages and they have not provided complete information about how they intend to calculate them. Lloyds and MetLife respond that the damages calculation is a simple one, but they do not state that they have provided Credit Suisse with complete information about how they intend to calculate damages.

Given that other plaintiffs are offering expert testimony about damages and the uncertainty about how Lloyds and MetLife intends to calculate the interest on their alleged damages, Kleidon's Rule 26(a)(2) disclosures must be made on or before October 17. Since Lloyds and MetLife are not offering expert testimony on damages in their cases-in-chief, their responsive experts need not make their Rule 26(a)(2) disclosures until November 28, 2008.

s/ James L. Graham
James L. Graham
United States District Judge

DATE: August 21, 2008