**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. 2:03-md-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |

| | | |
|---|---|---|
| The Unencumbered Assets, Trust, et al., | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| vs. | : | Judge Graham |
| JP Morgan Chase Bank, et al., | : | |
| Defendants. | : | |

ORDER EXTENDING MOTION FOR SUMMARY JUDGMENT
DEADLINE FOR THE UAT AND CREDIT SUISSE

Defendant Credit Suisse has requested the court to extend the current deadline of February 13, 2009 for filing a motion for summary judgment in the Unencumbered Assets Trust case. A decision on Credit Suisse's motion to dismiss the UAT's claims is forthcoming. Thus, the UAT and Credit Suisse have thirty days from the date of the forthcoming order on Credit Suisse's motion to dismiss to file motions for summary judgment concerning any remaining claims brought by the UAT against Credit Suisse.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: January 30, 2009