**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. 2:03-md-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |

ORDER EXTENDING MOTION FOR SUMMARY JUDGMENT DEADLINE FOR CLAIMS AGAINST DEFENDANT POULSEN

Certain noteholder plaintiffs have requested the court to extend the current deadlines of February 13 and 20, 2009 for filing motions for summary judgment in this multidistrict litigation, as the deadlines pertain to claims against defendant Lance Poulsen. Discovery in this action has been stayed pending the criminal proceedings against Lance Poulsen. Those criminal proceedings have not yet been completed. The court will allow discovery of Poulsen to proceed once he has been sentenced. The deadline for filing motions for summary judgment on claims against Poulsen is postponed for all plaintiffs in this action until further notice from the court.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: February 11, 2009