UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:

NATIONAL CENTURY FINANCIAL ENTERPRISES, INC. FINANCIAL INVESTMENT LITIGATION.

Case No. 2:03-md-01565

Judge James L. Graham

Magistrate Judge Mark R. Abel

THE UNENCUMBERED ASSETS TRUST, *et al.*,

Plaintiffs,

v.

JP MORGAN CHASE BANK, *et al.*,

Defendants.

Case No. 2:04-1090

Judge James L. Graham

Magistrate Judge Mark R. Abel

**STIPULATION AND ORDER CONCERNING THE UAT LITIGATION**

WHEREAS, on January 30, 2009, the Court entered an Order Extending Motion for Summary Judgment Deadline for the UAT and Credit Suisse (MDL D.E. 1462), granting the Unencumbered Assets Trust (the "UAT") and the Credit Suisse defendants named in the UAT action identified in Paragraph 1 below ("Credit Suisse") thirty days from the date of the "forthcoming order on Credit Suisse's motion to dismiss to file motions for summary judgment concerning any remaining claims brought by the UAT against Credit Suisse." Order, MDL D.E. 1462;

WHEREAS, on March 18, 2009, the Court entered an Opinion and Order on Credit Suisse's Motion to Dismiss in the Unencumbered Assets Trust Case (MDL D.E. 1537)

identified in Paragraph 1 below, and Credit Suisse's Answer to the UAT's Complaint is due shortly under applicable rules, and the UAT and Credit Suisse currently must file any dispositive motions by April 17, 2009; and

WHEREAS, the UAT and Credit Suisse have negotiated a mutually agreeable briefing schedule for such motion(s) for summary judgment and Answer;

IT IS HEREBY STIPULATED AND AGREED:

1. This Stipulation and Order only applies to the above-captioned and above-referenced UAT action, namely: The Unencumbered Assets Trust, et al. v. JP Morgan Chase Bank, et al., Civil Action No.: C2-04-1090 (the "UAT Litigation"), and to the UAT and the Credit Suisse defendants that are named in the UAT Litigation (the "Parties").[1]

2. Credit Suisse shall have until April 30, 2009 to file an Answer to the UAT's Complaint in the UAT Litigation.

3. The Parties shall have until May 26, 2009 to file any case-dispositive motions. In response to any case-dispositive motions, the opposing party shall have until July 27, 2009 to file opposition papers, and the moving party shall have until September 14, 2009 to file reply papers.

4. After receiving any filings described in Paragraph 3, any Party may seek additional time from the opposing Party. Should the Parties reach an agreement regarding additional time, they will jointly seek a corresponding modification of this Order. In the absence of an agreement, a Party may seek additional time from the Court, provided, however, that: (a) in no event shall any Party seek to shorten any of the briefing periods established by

---

1 To the extent that any Credit Suisse defendant challenges the adequacy of service of process, nothing in this stipulation shall act as a waiver thereof. Provided, however, that nothing in this footnote shall be treated as an acknowledgement by the UAT that service of process is not proper as to any Credit Suisse defendant.

Paragraph 3 of this Stipulation; and (b) any agreement between the Parties that calls for any extension of time provided to a Party for any filing shall include a further extension of time to the other Party that will be filing papers in response to that filing; and (c) if, in the absence of an agreement, a Party seeks additional time from the Court, the Party will include in its request a request that the time by which the other Party must respond to the filing likewise be extended.

Each party individually agrees to be bound by the signature of its counsel below.

Dated: March 26, 2009

McKEE NELSON LLP

By: /s/ Jeffrey Q. Smith
Jeffrey Q. Smith (JS-7435)
Steven G. Brody (SB-6859)
Susan F. DiCicco (SD-8013)
One Battery Park Plaza
New York, New York 10004
Tel: (917) 777-4200

-and-

BAKER & HOSTETLER LLP
Thomas L. Long (0023127)
Sherri B. Lazear (0030546)
Capitol Square
65 East State Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 228-1541

*Attorneys for*

*Credit Suisse Securities (USA) LLC, formerly known as Credit Suisse First Boston LLC, and Credit Suisse (USA), Inc., formerly known as Credit Suisse First Boston (USA), Inc., and any other named Credit Suisse defendant*

GIBBS & BRUNS L.L.P.

By: /s/ Robert J. Madden
Kathy D. Patrick
Robert J. Madden
Jeffrey T. Cotner
1100 Louisiana, Suite 5300
Houston, Texas 77002-5212

*Attorneys for the Unencumbered Assets Trust; and Erwin I. Katz, Ltd., Trustee of the Unencumbered Assets Trust*

s/ James L. Graham
JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE

DATE: March 31, 2009