**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. 2:03-md-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |

| | | |
|---|---|---|
| The Unencumbered Assets Trust, et al., | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| vs. | : | Judge Graham |
| JP Morgan Chase Bank, et al., | : | |
| Defendants. | : | |

**ORDER REGARDING THE NOVEMBER 16, 2009 HEARING**

The Court has set a date of November 16, 2009 to hear legal arguments on the pending motions for summary judgment in the National Century multidistrict litigation. The following motions will be heard:

- defendant Credit Suisse's February 20, 2009 motion for summary judgment against the Arizona Noteholder plaintiffs and against plaintiffs MetLife and Lloyds (doc. 1510),
- MetLife and Lloyds's February 19, 2009 motion for partial summary judgment against Credit Suisse (doc. 1517),
- the Arizona Noteholder plaintiffs' February 23, 2009 motion for partial summary judgment against Credit Suisse (doc. 1521),
- Credit Suisse's March 31, 2009 motion for summary judgment against plaintiff Pharos Capital Partners (doc. 1547), and
- Credit Suisse's May 26, 2009 motion for summary judgment against plaintiff Unencumbered Assets Trust (doc. 1600 in MDL; doc. 345 in Case No. 04-cv-1090).

The following motion is being removed from oral argument and will be decided on the briefs: JPMorgan Chase Bank's February 13, 2009 motion for summary judgment against Amedisys, Inc. (doc. 1499).

The morning session will be dedicated to hearing Credit Suisse's motion for summary judgment against the Arizona Noteholders and MetLife and Lloyds and to hearing those plaintiffs' motions for partial summary judgment against Credit Suisse. The order of the morning session will be as follows:

- Credit Suisse will have 30 minutes to present argument on its motion for summary judgment against the Arizona Noteholders and MetLife and Lloyds;
- the Arizona Noteholders and MetLife and Lloyds will have 45 minutes to respond; counsel for the Arizona Noteholders will have the lead position and will be given no less than 30 minutes to present argument; counsel for MetLife and Lloyds will be given no more than 15 minutes to present argument, or may defer any part of their time to the Arizona Noteholders;
- Credit Suisse will have 15 minutes rebuttal time on its motion for summary judgment;
- MetLife and Lloyds and the Arizona Noteholders will have 30 minutes to present argument on their motions for partial summary judgment against Credit Suisse; counsel for MetLife and Lloyds will have the lead position and will be given no less than 20 minutes to present argument; counsel for the Arizona Noteholders will be given no more than 10 minutes to present argument, or may defer any part of their time to MetLife and Lloyds;
- Credit Suisse will have 45 minutes to respond to the plaintiffs' motions for partial summary judgment;
- MetLife and Lloyds and the Arizona Noteholders will have 15 minutes rebuttal time; counsel for MetLife and Lloyds will be given no less than 10 minutes rebuttal time, and counsel for the Arizona Noteholders will be given no more than 5 minutes, or may defer any part of their time to MetLife and Lloyds.

The afternoon session will be dedicated to hearing Credit Suisse's separate motions for summary judgment against Pharos and against the UAT. The order of the afternoon session will be as follows:

- Credit Suisse will have 20 minutes to present argument on its motion for summary judgment against Pharos;
- Pharos will have 30 minutes to respond;
- Credit Suisse will have 10 minutes rebuttal time;
- Credit Suisse will have 20 minutes to present argument on its motion for summary judgment against the UAT;
- the UAT will have 30 minutes to respond;
- Credit Suisse will have 10 minutes rebuttal time.

As a final note, counsel may use PowerPoint presentations or other aids that they believe will assist the Court in considering the matters at issue.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 20, 2009