**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re National Century Financial Enterprises, Inc., Investment Litigation. | : | Case No. 2:03-md-1565 |
| | : | Judge Graham |
| | : | Magistrate Judge Abel |

| | | |
|---|---|---|
| The Unencumbered Assets Trust, et al., | : | |
| Plaintiffs, | : | Case No. 2:04-cv-1090 |
| vs. | : | Judge Graham |
| JP Morgan Chase Bank, et al., | : | |
| Defendants. | : | |

**ORDER REGARDING THE NOVEMBER 16, 2009 HEARING**

The Court has set a date of November 16, 2009 to hear oral argument on certain pending motions for summary judgment in the National Century multidistrict litigation. The District Court's Mediator, Robert S. Kaiser will be present that day, and counsel for all parties involved in the hearing are instructed to confer with Mr. Kaiser after the hearing for initial discussion of mediation procedures.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 29, 2009